### EARL N. BOUTELL v. EDWARD F. SHELLA- BERGER, Appellant.

#### Division One, March 2, 1915.

For the reasons stated in the case of Boutell v. Shellaberger, *ante,* page 70, the judgment in this case is reversed.

Appeal from Jackson Circuit Court.—*Hon. James E. Goodrich,* Judge.

REVERSED.

For attorneys and briefs, see *ante,* page 71.

BLAIR, J.—The controlling question in this case is the same as that in the case of Minnie A. Boutell v. Edward F. Shellaberger, *ante,* p. 70. For the reasons given in the opinion in that case the judgment in this case is reversed. All concur, *Woodson, J.,* in separate opinion.